Opinion by Lawrence, J. The United States laboratory analysis of a "grab sample" taken from approximately 10 percent of the bales showed the presence of 4.20 percent of copper by weight. The testimony showed that the plaintiff's analysis was based upon a composite sample representing the entire 140 bales of clippings, which resulted in a finding that the copper content was 3.85 percent. The Government conceded at the trial that the sample furnished by the importer was more representative of the importation than the sample taken by the official sampler. It was therefore held that the merchandise is not subject to the additional duty of 3 percent assessed under the Revenue Act of 1932. The protest was sustained to this extent.

BEFORE THE THIRD DIVISION, JUNE 6, 1945

**No. 50237.**—Protests 69719–K, etc., of Castle Gate Hosiery & Glove Co., Inc., et al. (New York).

Opinion by Ekwall, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries. The protests were sustained to this extent.

**No. 50238.**—Protests 57611–K, etc., of D. Ashear & Bros. (New York).

Opinion by Ekwall, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries. The protests were sustained to this extent.